UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically filed*

| | |
|---|---|
| GERALD CRAIG, individually<br>and as Administrator of the Estate<br>of DELLA CRAIG<br><br>        Plaintiff<br><br>v.<br><br>STEAK N SHAKE, INC.<br><br>        Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:17-CV-538-CRS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Defendant, Steak N Shake, Inc., by counsel, hereby removes and gives notice of removal of this action to the United States District Court for the Western District of Kentucky, Louisville Division, pursuant to 28 U.S.C. Sections 1332 and 1441 *et seq.*, as follows:

1. On August 14, 2017, there was commenced, and is now pending in the Jefferson County Circuit Court (Division 6), Kentucky, a certain civil action styled <u>Gerald Craig, Individually and as Administrator of the Esate of Della Craig v. Steak N Shake,Inc.</u>, and bearing Civil Action No. 17-CI-004254. This action seeks to recover damages in connection with an incident that allegedly occurred on or about August 21, 2016 at the Steak N Shake Restaurant located at 4913 Dixie Highway, Jefferson County, Kentucky. The United States District Court for the Western District of Kentucky has jurisdiction based upon the

diversity of the parties, and Louisville is the proper jury division pursuant to Local Rule 3.1(b)(4).

2. Plaintiff served the Complaint upon Steak N Shake, Inc.'s registered agent for service of process in Kentucky on August 21, 2017. Removal is therefore timely under 28 U.S.C. Section 1446(b).

3. At all times relevant to the subject incident, including the date of the incident and now, Plaintiff, Gerald Craig, Individually and as Administrator of the Estate of Della Craig, has been a resident of Louisville, Jefferson County, Kentucky.

4. Defendant, Steak N Shake, Inc., was incorporated under the laws of the State of Indiana, and had its principal place of business in Indiana on August 21, 2016, the date of the subject incident. As of the date of the filing of this Notice of Removal, it is still incorporated under laws of Indiana and maintains its principal place of business in the State of Indiana. Thus, this Court has concurrent original jurisdiction over this action under the provisions of 28 U.S.C. Section 1332 ("diversity" jurisdiction).

5. Upon information and belief, including, but not limited to, the averments in Plaintiff's Complaint that Della Craig has suffered "bodily injuries, including past medical expenses, past and physical and mental pain and suffering, loss of enjoyment of life and death," and that Gerald Craig "...has suffered, and will continue to suffer damages to his marital relationship, which include but are limited to the loss of aid, companionship, care and society of his wife; emotional distress; loss of love and affection; loss of services; and deprivation of normal physical and emotional marital relations", the amount of

controversy in this action exceeds $75,000.00, exclusive of interests and costs. Pre-suit information provided by plaintiffs' counsel indicates an intention to claim medical expenses in excess of $400,000.00. Accordingly, this action may be removed into this Court pursuant to the provisions of 28 U.S.C. Section 1441.

6. Attached hereto are true and correct copies of all process and pleadings filed in this action. To the best knowledge and belief of Defendant, no further proceedings have taken place.

7. The Defendant hereby respectfully requests that this Court assume jurisdiction of this case, and issue such further orders and processes as may be necessary to bring before this Court all parties necessary for the trial hereof.

8. Written notice of the filing of this Notice of Removal will be provided to Plaintiff and the Clerk for Jefferson County Circuit Court, Kentucky, as required by law.

### CERTIFICATION PURSUANT TO RULE 11

The undersigned, as counsel for Steak N Shake, Inc., hereby certifies pursuant to Rule 11 of the Federal Rules of Civil Procedure that he has read the foregoing Notice of Removal; to the best of his knowledge, information and belief, formed at the reasonable inquiry, this Notice of Removal is well-grounded in fact and is warranted by existing law or good faith argument for the extension, modification or reversal of existing law, that it is not interposed for any improper purpose such as to harass or to cause unnecessary delays or needless increase in the cost of litigation.

WHEREFORE, the Defendant, Steak N Shake, Inc., provides notice that this cause

of action, now pending in Jefferson County Circuit Court, Kentucky, has been removed to the United States District Court for the Western District of Kentucky at Louisville.

Respectfully submitted,

PHILLIPS PARKER ORBERSON & ARNETT, PLC

/s/ William B. Orberson
William B. Orberson
James C. Wade
716 West Main Street, Suite 300
Louisville, KY 40202
(502) 583-9900
worberson@ppoalaw.com
jwade@ppoalaw.com
*Counsel for Defendant, Steak n Shake, Inc.*

## CERTIFICATE OF SERVICE

It is hereby certified that on the 5th day of September, 2017 the foregoing document was electronically filed through the Court's ECF system and served via U.S. Mail, postage prepaid, to the following:

Christopher W. Goode
Michael L. Cannon
BUBALO GOODE SALES & CRONEN PLC
9300 Shelbyville Road, Suite 210
Louisville, Kentucky 40222
*Counsel for the Plaintiff*

/s/ William B. Orberson
William B. Orberson