JEFFERSON CIRCUIT COURT
CIVIL ACTION NO. _____
DIVISION NO. _____

*Electronically Filed*

GERALD CRAIG, INDIVIDUALLY and
AS ADMINISTRATOR OF THE
ESTATE OF DELLA CRAIG                                                            PLAINTIFF

vs.                              **COMPLAINT**
                                     **AND**
                              **JURY DEMAND**

STEAK N SHAKE INC.                                                               DEFENDANT

    SERVE:    Corporation Service Company
                    421 West Main St.
                    Lexington, KY 40601

\* \* \* \* \* \* \* \* \* \* \*

Comes the Plaintiff, Gerald Craig, Individually and as Administrator of the Estate of Della Craig, deceased, by counsel, and for his Complaint against the Defendant, Steak N Shake Inc., states as follows:

**JURISDICTION AND VENUE**

1. Gerald Craig is the Administrator of the Estate of Della Craig, deceased, as appointed by Order of Jefferson County District Probate Division, Case No. 17-P-003070 and therefore brings this action on behalf of Della Craig, deceased, pursuant to the Survival of Actions Statute (KRS § 411.140).[1]

---

[1] Exhibit 1: Jefferson District Court Order.

2. Gerald Craig is a resident of the Commonwealth of Kentucky and is the widower of the late Della Craig.

3. The Defendant, Steak N Shake Inc., is a Foreign Corporation licensed to do business in Louisville, Jefferson County, Kentucky, who owned, leased, operated and/or managed the premises, located at 4913 Dixie Highway, Louisville, Kentucky 40216. Its agent for service of process is Corporation Service Company, 421 W. Main St., Lexington, KY 40601.

4. Jurisdiction is proper in that the actions complained of took place in Jefferson County, Kentucky and the damages for each claim exceed the minimum jurisdictional amount required by this Honorable Court.

5. Venue is proper in Jefferson Circuit Court because Plaintiff's claims against the Defendant arise out of a fall which occurred on or about August 21, 2016 on premises owned, controlled, and/or maintained by Defendant located at, 4913 Dixie Highway, Louisville, KY 40216.

## CAUSE OF ACTION

6. On the occasion hereinafter mentioned, the Defendant, its agents, employees, subcontractors or other individuals acting on the Defendant's behalf, were responsible for the design, maintenance, upkeep and repair of Defendant's business premises located at 4913 Dixie Highway, Louisville, KY.

7. On or about August 21, 2016, the Della Craig was an invitee of the Defendant as she was a patron of Defendant's business premises located at 4913 Dixie Highway, Louisville, KY 40216.

8. At the time and location described above, Plaintiff slipped on a foreign substance and fell, causing the Plaintiff to suffer injuries, including death.

9.  Defendant, through its employees and agents, knew or should have known by the exercise of reasonable care that the condition of the premises constituted an unreasonable risk of harm to Della Craig.

10. The dangerous, defective, and unsafe condition of the premises described hereinabove, was, at the time and place relevant hereto, unknown to Della. Craig. Further, no warning of any kind was posted to advise Della Craig or other persons similarly situated of such dangerous, defective or unsafe condition.

11. As a result of the negligence of the Defendant as described above, Della Craig suffered damages flowing from her bodily injuries, including past medical expenses; past and physical and mental pain and suffering; loss of enjoyment of life and death.

12. Plaintiff, Gerald Craig, was at all times relevant hereto the husband of Della Craig.

13. As a consequence of Della Craig's injuries, for which Defendant is responsible as alleged above, Gerald Craig suffered and continues to suffer damages to his marital relationship which include but are limited to the loss of aid, companionship, care, and society of his wife; emotional distress; loss of love and affection; loss of services; and deprivation of normal physical and emotional marital relations.

WHEREFORE, Plaintiff, Gerald Craig, Individually and as Administrator of the Estate of Della Craig, respectfully demands judgment against Defendant, Steak N Shake Inc. in an amount in excess of the amount necessary to establish the jurisdiction of this Court as follows:

1. Judgement against the Defendant in such amount as will fairly and adequately compensate Plaintiff for his damages and the damages of Della Craig as alleged herein;

2. Pre and Post-Judgement interest at the prevailing legal rate;

3. Cost and attorney fees herein expended;

4. Trial by jury; and

5. All further relief to which Plaintiff may appear entitled.

       Respectfully submitted,

       *s/Michael L. Cannon*
       Christopher W. Goode
       Michael L. Cannon
       BUBALO GOODE SALES & CRONEN PLC
       9300 Shelbyville Road, Ste. 210
       Louisville, Kentucky 40222
       (502) 753-1600
       ***Attorney for Plaintiff***

Filed          17-CI-004254   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

AOC-805
Rev. 10-05
Page 3 of 3

Case No. **17P003070**

IN RE: Estate of Della Craig

**ORDER**

[ ]  Petition filed this _____ day of _____, 2____.   JUL 19 2017

[ ]  Will tendered this _____ day of _____, 2____.

Upon hearing, the Will offered was proven by _____

and **ORDERED PROBATED** as the Last Will and Testament of Decedent this _____ day of _____, 2____.

The Court appoints: _____Gerald Craig_____ as

[ ] Executor/Executrix OR [✓] Administrator/Administratrix of said estate and fixes bond in the sum of

$ 1,000.00  [ ] with surety OR [✓] without surety.

Date: JUL 19 2017

Eric J. Haner (3)
**Judge's Signature**

Distribution:
    Case File
    Revenue Cabinet

ENTERED IN COURT
DAVID L. NICHOLSON, CLERK
JUL 19 2017
BY _____ DEPUTY CLERK

ATTEST: DAVID L. NICHOLSON
JEFFERSON CIRCUIT COURT
LOUISVILLE, KENTUCKY
BY _____ D.C.

| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice     Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>09/05/2017 02:39:16 PM<br>Case #: **17-CI-004254**<br>81717<br>Court:   **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **CRAIG, GERALD VS. STEAK N SHAK INC.**, *Defendant*

TO: **CORPORATION SERVICE COMPANY**
    **421 WEST MAIN ST.**
    **FRANKFORT, KY 40601**

Memo: Related party is STEAK N SHAK INC.

The Commonwealth of Kentucky to Defendant:
**STEAK N SHAK INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David L. Nicholson, Jefferson Circuit Clerk
Date: **08/14/2017**

Presiding Judge: HON. OLU A. STEVENS (630305)

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____    _____
                                                Served By

                                                _____
                                                Title

CI : 000001 of 000001

Summons ID: @00000835650
CIRCUIT: 17-CI-004254 Certified Mail
CRAIG, GERALD VS. STEAK N SHAK INC.



Page 1 of 1


eFiled



**Commonwealth of Kentucky**
**David L. Nicholson, Jefferson Circuit Clerk**

NOT ORIGINAL DOCUMENT
09/05/2017 02:39:33 PM
81717

Case #: 17-CI-004254   Envelope #: 639556
Received From: MICHAEL CANNON   Account Of: MICHAEL CANNON
Case Title: CRAIG, GERALD VS. STEAK N SHAK INC.

| # | Item Description | Amount |
|---|---|---|
| 1 | Civil Filing Fee | $115.00 |
| 2 | Access To Justice Fee | $20.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $10.00 |
| 4 | Library Fee | $3.00 |
| 5 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 6 | Money Collected For Others(Postage) | $11.72 |
| 7 | Charges For Services(Copy - Photocopy) | $0.70 |
|   | **TOTAL:** | **$165.42** |