## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CIVIL ACTION NO. 3:17CV-538-CRS

GERALD CRAIG, individually                                          PLAINTIFF
and as Administrator of the Estate
of DELLA CRAIG

vs.

STEAK N SHAKE, INC.                                                 DEFENDANT

### FIRST AMENDED COMPLAINT AND JURY DEMAND

Comes the Plaintiff, Gerald Craig, Individually and as Administrator of the Estate of Della Craig, deceased, by counsel, and for his First Amended Complaint against the Defendant, Steak N Shake Inc., states as follows:

### JURISDICTION AND VENUE

1.      Gerald Craig is the Administrator of the Estate of Della Craig, deceased, as appointed by Order of Jefferson County District Probate Division, Case No. 17-P-003070 and therefore brings this action on behalf of Della Craig, deceased, pursuant to the Survival of Actions Statute (KRS § 411.140).[1]

2.      Gerald Craig is a resident of the Commonwealth of Kentucky and is the widower of the late Della Craig.

3.      The Defendant, Steak N Shake Inc., is a Foreign Corporation licensed to do business in Louisville, Jefferson County, Kentucky, who owned, leased, operated and/or managed the premises, located at 4913 Dixie Highway, Louisville, Kentucky 40216. Its agent for service of process is Corporation Service Company, 421 W. Main St., Lexington, KY 40601.

---

[1] Exhibit 1: Jefferson District Court Order.

4.     Jurisdiction is proper in that the actions complained of took place in Louisville, Kentucky and the damages for each claim exceed the minimum jurisdictional amount required by this Honorable Court.

5.     This case was initially filed August 14, 2017, in the Jefferson Circuit Court but was subsequently removed by Defendant to this Court on the basis of diversity of the parties. Plaintiff's claims against the Defendant arise out of a fall which occurred on or about August 21, 2016 on premises owned, controlled, and/or maintained by Defendant located at, 4913 Dixie Highway, Louisville, KY 40216.

## CAUSE OF ACTION

6.     On the occasion hereinafter mentioned, the Defendant, its agents, employees, subcontractors or other individuals acting on the Defendant's behalf, were responsible for the design, maintenance, upkeep and repair of Defendant's business premises located at 4913 Dixie Highway, Louisville, KY.

7.     On or about August 21, 2016, Della Craig was an invitee of the Defendant as she was a patron of Defendant's business premises located at 4913 Dixie Highway, Louisville, KY 40216.

8.     At the time and location described above, Della Craig slipped on a foreign substance and fell, causing her to suffer serious, painful physical injuries.

9.     Defendant, through its employees and agents, knew or should have known by the exercise of reasonable care that the condition of the premises constituted an unreasonable risk of harm to Della Craig.

10.    The dangerous, defective, and unsafe condition of the premises described hereinabove, was, at the time and place relevant hereto, unknown to Della. Craig.  Further, no

warning of any kind was posted to advise Della Craig or other persons similarly situated of such dangerous, defective, or unsafe condition.

11.     As a result of the negligence of the Defendant as described above, Della Craig suffered damages flowing from her bodily injuries, including past medical expenses; past and physical and mental pain and suffering; and loss of enjoyment of life.

12.     Plaintiff, Gerald Craig, was at all times relevant hereto, the husband of Della Craig.

13.     As a consequence of Della Craig's injuries, for which Defendant is responsible as alleged above, Gerald Craig suffered damages to his marital relationship, including but not limited to, the loss of aid, companionship, care, and society of his wife; emotional distress; loss of love and affection; loss of services; and deprivation of normal physical and emotional marital relations.

WHEREFORE, Plaintiff, Gerald Craig, Individually and as Administrator of the Estate of Della Craig, respectfully demands judgment against Defendant, Steak N Shake Inc. in an amount in excess of the amount necessary to establish the jurisdiction of this Court as follows:

1.  Judgment against the Defendant in such amount as will fairly and adequately compensate Plaintiff for his damages and the damages of Della Craig as alleged herein;

2.  Pre and Post-Judgment interest at the prevailing legal rate;

3.  Cost and attorney fees herein expended;

4.  Trial by jury; and

5.  All further relief to which Plaintiff may appear entitled.

Respectfully submitted,

/s/ *Justin A. Sanders*
Justin A. Sanders
William H. Mapes
BUBALO LAW PLC
9300 Shelbyville Road, Suite 210
Louisville, KY 40222
(502) 753-1600
jsanders@bubalolaw.com
wmapes@bubalolaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent to the following by operation of the Court's electronic filing system and/or electronic mail by undersigned counsel on November 19, 2020 to the following counsel of record. Parties may access this filing through the Court's system.

William B. Orberson
James C. Wade
PHILLIPS PARKER ORBERSON & ARNETT, P.L.C.
716 W. Main Street, Suite 300
Louisville, Kentucky 40202
worberson@ppoalaw.com
jwade@ppoalaw.com
*Counsel for Defendant, Steak N Shake, Inc.*

/s/*Justin A. Sanders*
Counsel for Plaintiff