UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| GERALD CRAIG, individually and as Administrator of the Estate of DELLA CRAIG | ) ) ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No.  3:17-cv-538-CRS |
| | ) | |
| STEAK N SHAKE, INC. | ) | |
| | ) | |
| Defendant | ) | |

**ANSWER TO FIRST AMENDED COMPLAINT**

Comes now the Defendant, Steak N Shake, Inc., by counsel, and for its Answer to the Plaintiff's First Amended Complaint, states as follows:

1.      The allegations and averments contained in paragraphs 1, 2 and 12 are denied, as we are without sufficient knowledge or information to form a belief as to their truth or falsity.

2.      Regarding the allegations and averments contained in paragraph 3, we admit that Steak N Shake is an out-of-state corporation licensed to do business in Kentucky and operated a restaurant at the address referred to in this paragraph.  We also admit that the referenced allegation regarding our agent for service of process.

3.      The allegations and averments contained in paragraphs 4 and 6 are

denied, as they assert legal conclusions.

4.    Regarding the allegations and averments contained in paragraph 5, we admit the initial filing of this lawsuit and that this action was removed to federal court. We  also admit plaintiff claims to have fallen at the alleged date and location referenced in this paragraph.

5.    Regarding the allegations and averments contained in paragraph 7, we admit the approximate date and location referenced in the Complaint.  The remaining allegations and averments contained in this paragraph are denied, as they assert legal conclusions.

6.    The remaining allegations and averments contained in the Complaint are denied.

7.    Any and all allegations and averments contained in the Complaint, not specifically admitted or addressed above, are hereby expressly denied.

8.    To the extent supported by proof at trial, the plaintiff's claims are barred, in whole or in part, by the defenses of comparative fault and/or failure to mitigate alleged damages.

9.    The Complaint, in whole or in part, fails to state claims upon which relief may be granted.

10.    The defenses of intervening or superceding causes are hereby affirmatively pled as a bar to Plaintiff's claims.

11.    To the extent that any and/or all of Plaintiff's claimed damages have been

and/or will be "written down" and/or "written off," then we hereby plead the defenses of credit, set-off and/or that the Plaintiff is not the real party in interest regarding those claims.

12.     Out of an abundance of caution, Steak N Shake, Inc., hereby pleads by reference, all defenses contained in F.R.C.P. 8 and F.R.C.P. 12, and reserves the right to assert any and all further defenses and/or claims as investigation and discovery continue.

WHEREFORE, the Defendant hereby respectfully demands as follows:

1.     Dismissal of all claims against it, with prejudice;

2.     Its costs herein expended; and

3.     Any and all other relief, legal or equitable, to which it appears entitled.

Respectfully submitted,

PHILLIPS PARKER ORBERSON & ARNETT, P.L.C.

*/s/ William B. Orberson*
William B. Orberson
W. Thomas Rump, IV
716 West Main Street, Suite 300
Louisville, KY  40202
Phone: (502) 583-9900
Fax: (5020 587-1927
worberson@ppoalaw.com
tomrump@ppoalaw.com

## **CERTIFICATE OF SERVICE**

It is hereby certified that on the 2nd day of December 2020, a true and accurate copy of the foregoing was electronically filed through the ECF system, which will send a notice of electronic filing to counsel of record in this case.

Justin A. Sanders
BUBALO LAW PLC
9300 Shelbyville Road, Suite 210
Louisville, Kentucky 40222
jsanders@bubalolaw.com
wmapes@bubalolaw.com
*Counsel for the Plaintiff*

/s/ William B. Orberson
William B. Orberson
W. Thomas Rump, IV